# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| Marquez | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 22-cv-07955-ARR-VMS |
| G.E.S. Bakery, Inc. d/b/a Strauss Bakery, et al. | ) | |
| *Defendant* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A ~~CIVIL ACTION~~ Dispositive Motion TO A MAGISTRATE JUDGE**
*and enter a final order dispositive of each motion*

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct ~~all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.~~ A magistrate judge may exercise this authority only if all parties voluntarily consent. You may consent to the magistrate judge assigned to this case or to a new magistrate judge selected at random.

You may consent to have ~~your case~~ *motions* referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*any and Consent to a magistrate judge's ~~authority~~ consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct all proceedings ~~in this case including trial, the entry of final judgment, and all post-trial proceedings~~.
Select one: The parties consent to ☑ the magistrate judge who is assigned to this case
☐ a new magistrate judge selected at random.

| Parties' printed names *and enter a final order as to the parties'* | Signatures of parties or attorneys *motion for settlement approval, see ECF No. 31* | Dates |
|---|---|---|
| Felix Marquez | /s LaDonna M. Lusher, Esq. | 01/29/2024 |
| G.E.S. Bakery, Inc. d/b/a Strauss Bakery, | /s Francis J. Giambalvo, Esq. | 01/29/2024 |
| Srah Bakery, Inc., YSDM, Inc., | /s Francis J. Giambalvo, Esq. | 01/29/2024 |
| Tzvi Goldstein, Elliot Berman | /s Francis J. Giambalvo, Esq. | 01/29/2024 |

In order for the Consent to be valid, all parties must sign this form and agree to the selection of the magistrate judge.

**Reference Order**
*Motions: Motion for settlement approval: ECF No. 31.*

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and *enter a* ~~order the entry of a final judgment~~ in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. ~~73~~. *final order as noted above*

Date: 1/30/24

_____
District Judge's signature
Judge Allyne R. Ross
*Printed name and title*

Note: Do not return the form to the Clerk of Court or file it on ECF unless all parties have consented to the exercise of jurisdiction by a United States Magistrate Judge. Do not return this form to a Judge.